UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **2:20-cv-08339-DDP-AFM**                                                  Date: September 14, 2020

Title  **Tuafono Tiatia v. Dr. Mario Nawaz, et al.**

Present: The Honorable:    Alexander F. MacKinnon, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:            Attorneys Present for Defendants:
N/A                                                                       N/A

**Proceedings (In Chambers):  Order re: Failure to Pay the Filing Fee or File Request to Proceed *In Forma Pauperis***

On September 10, 2020, plaintiff, an inmate at California State Prison, Los Angeles County ("LAC"), filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  Plaintiff has neither paid the $400.00 filing fee, nor filed a Request to Proceed Without Prepayment of Filing Fees (*in forma pauperis*).

Accordingly, if Plaintiff wishes to proceed with this lawsuit, within 30 days of the date of this Order, you must (1) pay the full $400.00 filing fee; or (2) if you cannot pay the full filing fee, submit a Request to Proceed Without Prepayment of Filing Fees along with the necessary accompanying documents (signed Prisoner Authorization and Certificate of Authorized Officer and a certified institutional trust account statement); or (3) show cause in writing why you are unable to do so.  Pursuant to 28 U.S.C. § 1915, if *in forma pauperis* status is granted, you will only be obligated to pay the filing fee of $350.00.  The Clerk is directed to mail Plaintiff a blank copy of this Court's Request to Proceed Without Prepayment of Filing Fees (CV-060P).  Plaintiff is expressly warned that failure to timely comply with this Order may result in denial of his *in forma pauperis* application and/or dismissal of this action without prejudice.

IT IS SO ORDERED.

Attachment:  Form CV-60P

|  | : |
|---|---|
| **Initials of Preparer** | ib |