UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

Case No.  **2:20-cv-08339-GW-AFM**                                                                                 Date:  October 19, 2020

Title  **Tuafono Tiatia v. Dr. Mario Nawaz et al.**

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order Dismissing Action (Filed October 14, 2020; ECF No. 14)**

     Plaintiff has filed a Motion to Dismiss-Without Prejudice which the Court construes as a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).  Accordingly, this action is **dismissed without prejudice**.  All dates and deadlines are vacated.

     IT IS SO ORDERED.

**Initials of Preparer**   :
                           ib